**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 81 WM 2015

Respondent :

v. :

FRANCIS IVAN SMITH, III, :

Petitioner :

**<u>ORDER</u>**

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2015, the Application for Extraordinary Relief is **DENIED**.